## LILLY v. LOCAL UNION NO. 120, ETC.

[No. 10,552.   Filed October 8, 1920.]

From Marion Circuit Court (29,034) ; *Louis B. Ewbank,* Judge.

Action between James H. Lilly and Local Union No. 120, etc. From the judgment rendered, the former appeals.   *Affirmed.*

*William A. Henry* and *James T. Phillips,* for appellant.
*William H. Faust* and *Joseph O. Carson,* for appellee.

REMY, J.—Affirmed on the authority of *Hilligoss* v. *Pittsburgh, etc., R. Co.* (1872), 40 Ind. 112, and *Bayless* v. *Jones* (1893), 10 Ind. App. 456, 37 N. E. 421.

---

## POWERS v. WHEELER.

[No. 10,786.   Filed October 15, 1920.]

From Porter Circuit Court; *H. H. Loring,* Judge.

Action between Arthur N. Powers and Jennie Ward Wheeler. From the judgment rendered, the former appeals.   *Appeal dismissed.*

*George E. Hershman* and *Daniel B. Straley,* for appellant.
*Foster Bruce* and *Otto J. Bruce,* for appellee.

PER CURIAM—Appeal dismissed.

---

## LANDON ET AL. v. FLICKNER ET AL.

[No. 10,335.   Filed May 12, 1920.   Rehearing denied October 15, 1920.]

From Vanderburgh Superior Court; *Fred M. Hostetter,* Judge.

Action between John M. Landon and others and Walter S. Flickner and others.   From the judgment rendered, the former appeal.   *Affirmed.*

*Joseph H. Iglehart,* for appellants.
*Edmund L. Craig,* for appellees.

PER CURIAM.—Judgment affirmed.